```
1  MELINDA HAAG (CABN 132612)
   United States Attorney
2

3  J. DOUGLAS WILSON (DCBN 412811)
   Chief, Criminal Division
4

5  LOWELL C. POWELL (CABN 235446)
   Special Assistant United States Attorney
6
       450 Golden Gate Avenue, Box 36055
7      San Francisco, California 94102
       Telephone: (415) 436-7368
8      Facsimile: (415) 436-7234
       E-Mail: lowell.powell2@usdoj.gov
9
   Attorneys for the United States of America
10
```

UNITED STATES DISTRICT COURT

NORTHERN DISTRICT OF CALIFORNIA

SAN FRANCISCO DIVISION

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0766 JSW |
| Plaintiff, ) | |
| v. ) | **STIPULATION AND [PROPOSED] ORDER EXCLUDING TIME UNDER 18 U.S.C. § 3161** |
| ROSENDO SIQUIEROS LARRETA, ) a/k/a Armondo Garcia, a/k/a Rosendo Larette, ) | |
| Defendant. ) | |

On October 20, 2010, the parties in this case appeared before the Court. At that time, the Court set the matter to December 9, 2010, before the Honorable Jeffrey S. White. The parties have agreed to exclude the period of time between October 20, 2010 and December 9, 2010, from any time limits applicable under 18 U.S.C. § 3161. The parties represented that granting the exclusion would allow the reasonable time necessary for effective preparation of counsel. *See* 18 U.S.C. § 3161(h)(7)(B)(iv). The parties also agree that the ends of justice served by granting such an exclusion of time outweigh the best interests of the public and the defendant in

///

1   a speedy trial. 18 U.S.C. § 3161(h)(7)(A). At the hearing, the Court made findings consistent
2   with this agreement. SO STIPULATED:

                                      MELINDA HAAG
                                      United States Attorney

DATED: October 21, 2010                 _____/s/_____
                                      LOWELL C. POWELL
                                      Special Assistant United States Attorney

DATED: October 21, 2010                 _____/s/_____
                                      RONALD TYLER
                                      Attorney for ISAAC SANCHEZ MARQUEZ

## [~~PROPOSED~~] ORDER

For the reasons stated above and at the October 20, 2010 hearing, the Court finds that the exclusion from the time limits applicable under 18 U.S.C. § 3161 of the period from October 20, 2010 through December 9, 2010 is warranted and that the ends of justice served by the continuance outweigh the best interests of the public and the defendant in a speedy trial. 18 U.S.C. §3161(h)(7)(A). Denying the requested exclusion of time would deprive the parties of the reasonable time necessary for effective preparation, taking into account the exercise of due diligence. 18 U.S.C. §3161(h)(7)(B)(iv).

IT IS SO ORDERED.

DATED: 10/25/10



THE HONORABLE JOSEPH C. SPERO
United States Magistrate Judge

STIPULATION & [PROPOSED] ORDER EXCLUDING TIME
CR 10-0766 JSW

Case3:10-cr-00766-JSW Document6 Filed10/26/10 Page3 of 3