BARRY J. PORTMAN
Federal Public Defender
RONALD C. TYLER
Assistant Federal Public Defender
450 Golden Gate Avenue
San Francisco, CA 94102
Telephone: (415) 436-7700

Counsel for Defendant ROSENDO SIQUIEROS LARRETA

IN THE UNITED STATES DISTRICT COURT

FOR THE NORTHERN DISTRICT OF CALIFORNIA

| | |
|---|---|
| UNITED STATES OF AMERICA, ) | No. CR 10-0766 JSW |
| Plaintiff, ) | |
| vs. ) | STIPULATION AND [PROPOSED] ORDER CONTINUING HEARING AND EXCLUDING TIME |
| ROSENDO SIQUIEROS LARRETA, ) | |
| Defendant. ) | |

## STIPULATION

The parties agree to continue the hearing in the above-captioned matter from March 3, 2011 until March 31, 2011 at 2:00 p.m. The purpose of the continuance is to allow time for defense counsel to review recently-provided discovery and confer with his client as an aid to possible resolution. The requested continuance takes into account the absence of defense counsel from the district for a period of 13 days during the month of March.

It is so stipulated.

DATED: March 1, 2011 _____/s/_____
RONALD TYLER
Assistant Federal Public Defender

DATED: March 1, 2011 _____/s/_____
LOWELL POWELL
Assistant United States Attorney

Stipulation and Order to Cont. Hearing;
*United States v. Larreta;* CR 10-0766 JSW

|   |   |
|---|---|
| 1 | **[PROPOSED] ORDER** |

The Court finds as follows:

The ends of justice are served by granting the requested continuance, given that failure to do so would deny counsel for the defendant the reasonable time necessary for effective preparation, taking into account the exercise of due diligence and would deny the defendant the continuity of counsel.

The aforementioned ends of justice outweigh the best interest of the public and the defendant in a speedy trial.

Accordingly, this matter is continued until March 31, 2011 at 2:00 p.m. Pursuant to the Speedy Trial Act, Title 18 United States Code §§3161(h)(7)(A), the period from March 3, 2011 until March 31, 2011 is excluded in computing the time within which the trial of this matter must commence.

IT IS SO ORDERED.

DATED: March 1, 2011

_____
JEFFREY S. WHITE
UNITED STATES DISTRICT COURT JUDGE

Stipulation and Order to Cont. Hearing;
*United States v. Larreta;* CR 10-0766 JSW     - 2 -